**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00164-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GUADALUPE ZAMORA-COMPARAN,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Judge William J. Martinez on July 2, 2012, it is

    ORDERED that Defendant Jose Guadalupe Zamora-Comparan is sentenced to TIME SERVED.

    DATED: July 2, 2012

                                BY THE COURT:

                                `s/ William J. Martinez`
                                JUDGE
                                United States District Judge